**FILED**



NOV 16 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff/Respondent,

vs.

JEROME DANIEL MANCUSO,

Defendant/Movant.

Cause No. CR 10-100-BLG-SPW
CV 17-087-BLG-SPW

ORDER

This case comes before the Court on Defendant/Movant Mancuso's petition recharacterized as a motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. On October 30, 2017, Mancuso filed a notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). An answer has not yet been filed.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED. The Clerk shall close the civil file by entering a judgment of dismissal.

DATED this 16th day of November, 2017.

Susan P. Watters
United States District Court